JAMES G. GREIMS, Appellant, v. BANKERS TRUST COMPANY et al., Respondents.— Judgment reversed and judgment is directed to be entered in favor of the plaintiff as prayed for in the complaint. We have come to the conclusion that the Connecticut Supreme Court of Errors would treat the future interest under this deed of trust as a reversion rather than as a remainder. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.; Breitel and Bastow, JJ., dissent and vote to affirm upon the grounds stated in the learned opinion at Special Term. Settle order on notice. [See post, pp. 871, 872.]

■

In the Matter of the Application of SAMUEL NEGIN, for Admission to the Bar.— Application denied without prejudice as stated in the order. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

■

In the Matter of L. I. WALDMAN & COMPANY, INC., Appellant, against FREDERICK H. ZURMUHLEN, as Commissioner of Public Works of the City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan and Bastow, JJ. [See ante, p. 700.]

■

JOHN H. MCINTYRE v. STATES MARINE CORPORATION et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Callahan, J. P., Breitel, Bastow and Bergan, JJ. [See ante, p. 651.]

■

MOLLIE GALLIGAN, v. ARTHUR NEMBACH.— Motion for reargument denied, with $10 costs. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ. [See ante, p. 693.]

■

MARLIN COAL & FUEL CORP., Respondent, v. WILLIAM H. GALLAGHER et al., Defendants, and KEARNS COAL CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ. [See ante, p. 695.]

■

MARUJA DAVALOS v. ALFONSO DAVALOS.— Motions for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Breitel and Bastow, JJ. [See ante, p. 699.]

■

HOWLAND S. DAVIS et al., v. GEORGE C. FRASER et al., as Trustees of Texas Pacific Land Trust under a Declaration of Trust Made by Charles J. Canda and Others, et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Bastow, Botein and Bergan, JJ. [See ante, p. 657.]